UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANMBREEN SHAH,

                     Plaintiff,                              21-cv-6428 (AEK)

               -against-                          **ORDER**

WAL-MART STORES EAST, LP,

                     Defendant.

-----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      At the status conference on April 1, 2022, the Court directed Plaintiff to submit a revised discovery schedule by April 8, 2022, with the updated dates discussed at the conference. *See* Minute Entry, dated April 1, 2022. To date, no schedule has been filed. Accordingly, Plaintiff is directed to file the proposed revised discovery schedule by **Thursday, April 21, 2022**.

Dated: April 18, 2022
      White Plains, New York

                                  _____
                                    ANDREW E. KRAUSE
                                    United States Magistrate Judge